# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-835-659**

**Effective date of registration:**

August 19, 2012

---

## Title

| | |
|---|---|
| Title of Work: | D40-6131 Chihuahua Fire Aug 2012 |
| | D40-6169 Chihuahua Fire Aug 2012 |
| | D40-6182 Chihuahua Fire Aug 2012 |
| | D40-6191 Chihuahua Fire Aug 2012 |
| | D40-6194 Chihuahua Fire Aug 2012 |

## Completion/Publication

Year of Completion: 2012
Date of 1st Publication: August 9, 2012        Nation of 1st Publication: United States

## Author

- Author: Kevin E. Pack
  Pseudonym: Kevin Pack
  Author Created: photograph(s)

  Work made for hire: No
  Citizen of: United States        Domiciled in: United States
  Year Born: 1958

## Copyright claimant

Copyright Claimant: K. E. Pack Photography
16109 Watt Way, Ramona, CA, 92065, United States

## Rights and Permissions

Organization Name: K. E. Pack Photography
Address: 16109 Watt Way
Ramona, CA 92065 United States

## Certification