# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVERTIP PARTNERS, LLC, a Delaware Limited Liability Company,<br><br>    Plaintiff,<br><br>    v.<br><br>LUXEMONT, LLC, a California Limited Liability Company, and Does 1–10, Inclusive,<br><br>    Defendants. | Case No.:   14CV2010 BTM DHB<br><br>**ORDER GRANTING JOINT EX PARTE MOTION TO DISMISS** |

Having considered the parties Joint Ex Parte Motion to Dismiss with Prejudice, the record contained herein, and for good cause having been shown, it is **ORDERED** that:

1. The Motion is Granted.
2. This action is DISMISSED WITH PREJUDICE.
3. Each party shall bear its own respective costs and fees, including any attorney's fees.

/ / /

/ / /

/ / /

1

4. The Court shall retain jurisdiction over the Confidential Settlement Agreement and General Release entered between the parties.

**IT IS SO ORDERED.**

Dated: December 5, 2014

BARRY TED MOSKOWITZ, Chief Judge
United States District Court